IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00913-CBS | Date: June 19, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

ODETTA L. PIERCE,                            Not present
BILLY PIERCE,                                *Pro se* (by phone)

Plaintiff,

v.

GREEN TREE SERVICING LLC,          Jeffrey McClelland
                                                              Jeremy Peck

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 08:56 a.m.**
Court calls case. Appearances of counsel.

Plaintiff Odette Pierce is not present. Discussion regarding consent.

**ORDERED:** Parties must file a completed consent for by **June 29, 2015.**

*MOTION [6] for Combination of Actions* is **DENIED.**

*MOTION [15] for Default Judgment* is **DENIED without prejudice.**

Amended *MOTION [16] for Default Judgment* is **DENIED without prejudice.**

*Defendant's MOTION [13] to Strike Plaintiff's Motion for Combination of Actions* is **DENIED.**

Mr. Pierce may not represent Odetta Pierce in this case. Mr. Pierce's name is not on the loan in question. Discussion regarding Mr. Pierce's standing as a Plaintiff in this case and state court proceedings. Defendant's answer is due by **July 6, 2015.**

**ORDERED:**   *Amended Complaint [18] for Injunctive Relief, Damages, and Other Relief* is **DENIED without prejudice.**  If the Plaintiff would like to file an amended complaint, it shall be filed on or before **June 26, 2015.**

Hearing Concluded.

**Court in recess: 09:36 a.m.**
Time in court: 00:40

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.