IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 15-cv-00913-CBS

ODETTA L. PIERCE, and
BILLY PIERCE,
    Plaintiffs,
v

GREEN TREE SERVICING LLC, and
the Note Holder as True Party in Interest for Whom It Acts as that Is Determined,
    Defendants.

---

## ORDER

---

This matter comes before the court on the "Consent Form Pursuant to Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges" (Doc # 4) (filed on April 29, 2015) and the court's order that the parties must file a completed consent form by June 29, 2015 (Doc. # 19) (filed June 19, 2015). As consent was not timely obtained, this case shall be assigned to a District Judge.

Dated at Denver, Colorado this 15th day of September, 2015.

                              BY THE COURT:

                              s/ Craig B. Shaffer
                              United States Magistrate Judge